**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **BEVERLY WILLIAMS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARY SITUATED,** | ) ) ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:20-CV-00123** |
| | ) | |
| **STEWARD HEALTH CARE SYSTEM, LLC; AND MEDICAL REIMBURSEMENTS OF AMERICA,** | ) ) ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **Defendants** | ) | |
| | ) | |

<u>**NOTICE OF INITIAL DISCLOSURES**</u>

COMES NOW, Plaintiff Beverly Williams, and files this Notice of Initial Disclosures, and respectfully states that Plaintiff's Initial Disclosures have been provided to all counsel of record herein pursuant to the Court's Discovery Order.

Dated:  December 18, 2020

Respectfully submitted,

/s/ *Jim Wyly*
JIM WYLY
Texas State Bar No. 22100050
Sean F. Rommel
AR State Bar No. 94158
**WYLY~ROMMEL, PLLC**
4004 Texas Boulevard
Texarkana, Texas  75503
Telephone:  903-334-8646
Facsimile:  903-334-8645
srommel@wylyrommel.com

ATTORNEY FOR PLAINTIFF
BEVERLY WILLIAMS