# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| BEVERLY WILLIAMS AND AMY JOHNSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARY SITUATED | § § § § § | |
| VS. | § § | CIVIL ACTION NO. 5:20-CV-00123-RWS-CMC |
| STEWARD HEALTH CARE SYSTEM, LLC AND MEDICAL REIMBURSEMENTS OF AMERICA | § § § § | |

## ORDER GRANTING JOINT MOTION FOR ENTRY OF CLASS CERTIFICATION DOCKET CONTROL ORDER

Pending before the Court is the parties' Joint Motion for Entry of Class Certification Docket Control Order (Dkt. #123). After a review of the motion, the Court finds the motion should be **GRANTED**. It is hereby **ORDERED** that the following schedule of deadlines is in effect until further order of this Court:

- April 28, 2022 — Deadline for Plaintiffs to file Motion for Class Certification and designate expert witnesses on which Plaintiffs rely in support of class certification.

- May 23, 2022 — Deadline to complete depositions of Plaintiffs' class certification experts.

- June 27, 2022 — Deadline for Defendants to file their opposition to Plaintiffs' Motion for Class Certification and designate expert witnesses on which Defendants rely in opposing class certification.

- July 18, 2022 — Deadline to complete depositions of Defendants' class certification experts.

- August 11, 2022 — Deadline for Plaintiff to file reply in support of Motion for Class Certification.

- September 9, 2022     Deadline for Defendants to file surreply in opposition to Plaintiffs' Motion for Class Certification.

- September 21, 2022 at 10:00 a.m.     Hearing on Plaintiffs' Motion for Class Certification

The Court will address the need for further deadlines at a later time.

**SIGNED this 18th day of January, 2022.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE