## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| **BEVERLY WILLIAMS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARY SITUATED,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **No. 5:20-CV-123-RWS-JBB** |
| **STEWARD HEALTH CARE SYSTEM, LLC; AND MEDICAL REIMBURSEMENTS OF AMERICA,** | ) ) ) ) | |
| **Defendants** | ) ) | |

## ORDER GRANTING
## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Before the Court is the Parties' Joint Motion To Stay All Deadlines and Notice of Settlement (Dkt. No. 141). Based upon the announcement by the Parties that all matters in controversy between the Parties have been settled in principle, the Court is of the opinion the motion should be, and is hereby, **GRANTED**. It is therefore

**ORDERED** the above case is **STAYED** for thirty (30) days as to the unreached deadlines contained in the Court's Docket Control Order. It is further

**ORDERED** the Parties shall submit their appropriate dismissal papers within thirty (30) days from the date of this Order.

SIGNED this the 28th day of July, 2022.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE