IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| BEVERLY WILLIAMS AND AMY JOHNSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiffs,<br><br>v.<br><br>STEWARD HEALTH CARE SYSTEM, LLC AND MEDICAL REIMBURSEMENTS OF AMERICAN, INC.,<br><br>Defendants. | CIVIL ACTION NO. 5:20-CV-00123-RWS |

## ORDER

Before the Court is the parties' Joint Motion to Dismiss With Prejudice All Claims Between Plaintiffs and Defendants. Docket No. 143. The parties move to dismiss all of Plaintiffs' claims against Defendants in this action with prejudice under Federal Rule of Civil Procedure 41(a)(2). Having considered the parties' motion, the motion is hereby **GRANTED**. Accordingly, it is

**ORDERED** that all claims asserted by Plaintiffs against Defendants in the above-titled cause of action are hereby **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that the Court shall maintain jurisdiction over the settlement between the parties, and the Court shall be the exclusive venue for any future disputes arising out of the parties' settlement agreement. It is further

**ORDERED** that any and all currently pending motions are hereby **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close the case.

It is so **ORDERED**.

**SIGNED this 13th day of September, 2022.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE